THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL A. LAMPE, Defendant-Appellant.

(No. 73-318; ▮▮▮▮▮▮▮▮▮▮▮▮)

Fifth District—February 7, 1974.

PER CURIAM.
EBERSPACHER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Robert E. Davison, Assistant Appellate Defender, of counsel), for appellant.

Robert H. Rice, State's Attorney, of Belleville (Richard A. Aguirre, Assistant State's Attorney, of counsel), for the People.